# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

No. 21-1069        **Short Title:** Arkansas Teacher Retirement System v. State Street Corp.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
<u>Hamilton Lincoln Law Institute</u> as the

[ ] appellant(s)        [✓] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)        [ ] intervenor(s)

<u>/s/ Theodore H. Frank</u>        <u>12 February 2021</u>
Signature                            Date

<u>Theodore H. Frank</u>
Name

<u>Hamilton Lincoln Law Institute</u>        <u>703-203-3848</u>
Firm Name (if applicable)                Telephone Number

<u>1629 K St. NW, Suite 300</u>        <u>NA</u>
Address                                Fax Number

<u>Washington, DC 20006</u>        <u>ted.frank@hlli.org</u>
City, State, Zip Code                Email (required)

Court of Appeals Bar Number: <u>1184640</u>

Has this case or any related case previously been on appeal?

[ ] No        [✓] Yes   Court of Appeals No. <u>18-1651, 20-1365</u>

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).